No. 1098. WILLIAM H. EDWARDS, COLLECTOR OF INTERNAL REVENUE, SECOND NEW YORK DISTRICT, *v.* CHILE COPPER COMPANY. May 25, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *The Solicitor General* and *Mr. Alfred A. Wheat,* Special Assistant to the Attorney General, for the petitioner. *Messrs. Arthur A. Ballantine* and *George E. Cleary* for respondent.

No. 1145. FEDERAL TRADE COMMISSION *v.* WESTERN MEAT COMPANY. June 1, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *The Solicitor General* and *Mr. Olin M. Fuller,* Attorney in the Department of Justice, for petitioner. *Mr. J. F. Sullivan* for respondent.

No. 1192. MORGAN'S LOUISIANA AND TEXAS RAILROAD AND STEAMSHIP COMPANY ET AL *v.* F. A. COCKE. June 1, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Charles N. Burch, Harry McCall, H. D. Minor* and *Victor Leovy* for petitioners. *Messrs. Frederic H. Lotterhos* and *George Butler* for respondent.

No. 1193. LAZARUS G. JOSEPH ET AL. *v.* JOHN BORDMAN ET AL. June 1, 1925. Petition for a writ of certiorari to the Supreme Court of the Philippine Islands granted. *Messrs. Henry D. Green, John W. Clifton* and *Marion Butler* for petitioners. No appearance for respondents.

No. 1199. LEO A. PRICE, AS RECEIVER IN EQUITY OF J. M. GIDDING & COMPANY, INC., *v.* THE UNITED STATES. June 1, 1925. Petition for a writ of certiorari to the